```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/16/2024__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAISSA LOMBA-AJOKU,

                Plaintiff,

-against-

NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, DANIEL HAUGHNEY, HERIBERTO BARBOT, JR., WILHELMINA BOXHOORN and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendant.

24 Civ. 6112 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated August 14, 2024, the Court directed the parties to file a joint letter and proposed case management plan by December 12, 2024.  ECF No. 11.  Those submissions are now overdue.

    Accordingly, by **January 13, 2025**, the parties shall file their joint letter and proposed case management plan as set forth in ECF No. 11.

    SO ORDERED.

Dated: December 16, 2024
       New York, New York

                                  ANALISA TORRES
                                United States District Judge