**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

RAISSA LOMBA-AJOKU,

            Plaintiff,

           -against-

NEW YORK STATE OFFICE OF CANNABIS
MANAGEMENT, et al.,

           Defendants.

------------------------------------------------------------x

24-CV-6112 (AT) (OTW)

**POST CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on November 12, 2025. The parties represented that the only outstanding items remaining in discovery are eight depositions, production of certain audio recordings, and expert discovery. At the conference, parties represented that they are actively meeting and conferring to schedule these depositions to take place between December 11 and December 18, 2025. As **ORDERED** at the conference:

1. Parties are directed to file a new joint proposed scheduling order for a complete close of fact and expert discovery by **Friday, November 14, 2025.** To the extent possible, the proposed scheduling order should include any confirmed deposition dates.
2. Plaintiff is directed to produce the audio recordings by **Thursday, December 4, 2025.**
3. Parties have until **Friday, December 19, 2025** to complete the eight remaining depositions.
4. Parties are reminded that, in light of the previous extensions made to the schedule, future extensions are unlikely to be granted without good cause shown.

      **SO ORDERED.**

Dated: November 13, 2025
      New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge