UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RAISSA LOMBA-AJOKU,

                      Plaintiffs,

           -against-

NEW YORK STATE OFFICE OF CANNABIS
MANAGEMENT, ET AL.,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __12/2/2025__

24 Civ. 6112 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

On September 15, 2025, this case was referred to the Honorable Ona T. Wang for general pretrial purposes.  ECF No. 58.  Accordingly, the case management conference scheduled on December 8, 2025 before the undersigned is ADJOURNED *sine die*.

SO ORDERED.

Dated: December 2, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge