**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

RAISSA LOMBA-AJOKU,                          :
                                             :
                        Plaintiff,           :          24-CV-6112 (AT) (OTW)
                                             :
            -against-                        :          **ORDER**
                                             :
NEW YORK STATE OFFICE OF CANNABIS            :
MANAGEMENT, et al.,                          :
                                             :
                        Defendants.          :
                                             :
-----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of Parties' proposed case management plan at ECF 72 and joint

letter at ECF 75. Please note that the proposed case management plan is unsigned. Parties are

directed to submit a signed proposed case management plan for the Court's review no later

than **Tuesday, December 16, 2025**.

        **SO ORDERED.**

                                                          _s/ Ona T. Wang_
Dated: December 12, 2025                          **Ona T. Wang**
         New York, New York                       United States Magistrate Judge