**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

RAISSA LOMBA-AJOKU,

    Plaintiff,

    -against-

NEW YORK STATE OFFICE OF CANNABIS
MANAGEMENT, et al.,

    Defendants.

-------------------------------------------------------------x

24-CV-6112 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of parties' submissions concerning an extension of time to complete discovery. (ECF Nos. 86–89). The Court will hold an in-person Status Conference in this matter on **Thursday, May 14, 2026, at 10:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties should be prepared to discuss this pending motion, as well as any other outstanding discovery disputes, at that time.

   **SO ORDERED.**

Dated: April 6, 2026
   New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge