**MEMO ENDORSED.**

# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW

30 WALL STREET

8TH FLOOR

NEW YORK, NEW YORK 10005

(212) 232-0155

FAX: (212) 232-0156

www.mcande.com

April 10, 2026

*The in-person status conference is **ADJOURNED to Tuesday, June 2, 2026 at 10:30AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.*

**VIA ELECTRONIC MAIL**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*SO ORDERED.*

_____

*Ona T. Wang*                    *April 14, 2026*
*U.S.M.J.*

Re:   *Raissa Lomba-Ajoku v. OCM, et al.*
       **Docket No.: 1:24-cv-06112-AT**

Dear Judge Wang:

We represent the plaintiff in the above-referenced matter and write further to the Court's order of April 7, 2026, scheduling an in-person status conference for Thursday, May 14 at 10:30 AM (Dkt. # 90).

Plaintiff respectfully requests an adjournment of the status conference, to which Defendants consent. The reason for this request is because the undersigned is scheduled to begin jury selection and trial on Monday, May 11 before Judge Arun Subramanian in the matter of S*ally Ramirez v. City of New York, et al.*, Dkt. No. 24-cv-01061-AS. This trial is expected to last up to two weeks.

If convenient to the Court, Plaintiff is available any time on Thursday, May 28, Tuesday June 2 and Wednesday, June 3.

We thank the Court for its attention to this matter.

Respectfully submitted,

Samuel O. Maduegbuna

SOM/clg
cc:   All Counsel of Record