**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

RAISSA LOMBA-AJOKU,             :
                                         :

         Plaintiff,          :           24-CV-6112 (AT) (OTW)
                                           :

        -against-         :           <u>**ORDER**</u>
                                         :

NEW YORK STATE OFFICE OF CANNABIS  :
MANAGEMENT, et al.,          :
                                         :

        Defendants.       :
                                         :

----------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference on June 2, 2026. As **ORDERED** at the conference:

1.  The motion to compel production by Ms. Adelaja at ECF 79 is **GRANTED**. Adelaja is directed to produce the documents by **July 2, 2026**. Plaintiff's counsel is directed to serve a copy of this order and the June 2, 2026 transcript on Ms. Adelaja, and file proof of service on the docket by **June 16, 2026**.

2.  If the dispute at ECF 80 is still live, the Individual Defendants are instructed to re-file their letter as a motion by **June 16, 2026**. Responses due **June 26, 2026**. Any motion concerning redactions are to abide by the same briefing schedule.

3.  Plaintiff's motion at ECF 82 is **DENIED** for the reasons stated on the record.

4.  Plaintiff's motion at ECF 86 is **GRANTED** in part. Discovery is hereby extended to August 7, 2026, without prejudice to further extensions.

5. The Court will hold another in-person status conference in this matter on **August 6, 2026, at 10:00 am** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Parties must file a joint agenda in advance of the conference by **August 3, 2026**.

6. Any other disputes that may be ripe for discussion at the August conference must be filed as a motion on July 24, 2026, with oppositions due July 31, 2026.

The Clerk of the Court is respectfully directed to close ECF Nos. 79, 82, and 86.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: June 3, 2026
New York, New York

**Ona T. Wang**
United States Magistrate Judge