**MEMO ENDORSED.**

MADUEGBUNA COOPER LLP
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

October 1, 2026

**VIA ELECTRONIC CASE FILING**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***Raissa Lomba-Ajoku v. OCM, et al.***
**Docket No.: 1:24-cv-06112-AT**

Dear Judge Wang:

We represent Plaintiff Raissa Lomba-Ajoku in the above-referenced action and respectfully request an adjournment of the October 7, 2026 status conference to a date during the week of November 16, 2026, convenient to the Court.

Plaintiff's counsel recently traveled overseas following the death and funeral of his mother-in-law. While abroad, it became unexpectedly necessary for counsel to return overseas between October 7 and October 22 to attend to additional family and estate matters arising from her passing. Accordingly, on September 28, while still abroad, Plaintiff's counsel's office emailed counsel for all Defendants seeking their consent to adjourn the October 7 conference and requesting their availability for a rescheduled conference, which was provided this afternoon.

An adjournment would also permit additional pending matters affecting the status of discovery to be resolved or further developed before the conference. Among other things, discovery issues remain outstanding concerning Plaintiff's efforts to compel records from non-party Mary Adelaja, and Plaintiff's motion to amend the complaint remains pending. Rescheduling the conference would therefore allow the parties and the Court to address the status of the case with the benefit of further developments concerning these outstanding matters.

In addition, counsel is scheduled to begin a trial, marked final, on October 27, 2026, in *Alfreda Parker v. New York City Transit Authority, et al.*, Index No. 517416/2021 (Sup. Ct. Kings Cnty.), which is expected to continue through approximately November 10.

Accordingly, Plaintiff respectfully requests that the October 7, 2026 conference be adjourned. All counsel are presently available on November 17 and 19, 2026, or on such other date thereafter as may be convenient to the Court.

We thank the Court for its consideration.

Respectfully submitted,

Samuel O. Maduegbuna

SOM/clg
cc: All Counsel of Record

Application **GRANTED.**

The October 7, 2026 Conference is **ADJOURNED to Tuesday, November 17, 2026 at 11:30 AM** in Courtroom 20D, 500 Pearl Street, new York, NY 10007.

The Court sends its sincere condolences to Mr. Maduegbuna and his family at this time.

**SO ORDERED.**

**Ona T. Wang** **October 1, 2026**
**U.S.M.J.**