**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

RAISSA LOMBA-AJOKU,

Plaintiff,

-against-

NEW YORK STATE OFFICE OF CANNABIS MANAGEMENT, et al.,

Defendants.

----------------------------------------------------------------x

24-CV-6112 (AT) (OTW)

**POST CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an in-person status conference in this matter on November 17, 2026. As discussed at the conference:

1) Plaintiff is directed to withdraw ECF 133 and file a new letter motion by December 18, 2026, specifically showing how Plaintiff's requests to Ms. Warner, a non-party, are relevant and proportional as required by Fed. R. Civ. P. 26(b). Defendant OCM's response is due January 15, 2026. There will be no replies.

2) Fact discovery is hereby extended to January 31, 2027.

3) Defendants need not produce documents responsive to Plaintiff's Third Set of Document Requests, Nos. 5–15 unless and until the Court rules on Plaintiff's motion for leave to file an amended or supplemental complaint.

4) Parties are directed to propose an expert discovery schedule by December 4, 2026, that provides dates as though the current complaint is the operative one.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: November 19, 2026
New York, New York